Form 24-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**         FORM 24

| | |
|---|---|
| CHENG SHIN RUBBER IND. CO. LTD.,<br><br>                    Plaintiff,<br><br>          v.<br><br>UNITED STATES,<br><br>                    Defendant. | Court No.:  21-00398 |

## ORDER FOR STATUTORY INJUNCTION UPON CONSENT

Pursuant to 19 U.S.C. § 1516a(c)(2), this Court may enjoin the liquidation of all entries of merchandise identified below;

The parties in this action agree that, as required by 19 U.S.C. § 1516a(c)(2), a proper showing has been made that the requested injunctive relief should be granted under the circumstances;

Accordingly, it is hereby

**ORDERED** that Defendant, United States, together with its delegates, officers, agents, and servants, including employees of U.S. Customs and Border Protection and the U.S. Department of Commerce, is enjoined during the pendency of this litigation, including any appeals, from issuing instructions to liquidate or making or permitting liquidation of any unliquidated entries of

Form 24-2

Passenger Vehicle and Light Truck Tires ;
[insert Product]

from Taiwan ;
[insert Country]

(1) That were: (Add additional lines as needed)

☐ produced by _____
[Company Name]

☐ exported by _____
[Company Name]

☐ produced by _____ and
[Company Name]

   exported by _____
[Company Name]

☐ produced and exported by _____
[Company Name]

☒ produced and/or exported by Cheng Shin Rubber Ind. Co. Ltd.
[Company Name]

☐ produced by _____ and
[Company Name]

   imported by _____ ;
[Company Name]

(2) That were the subject of the United States Department of Commerce's final determination in *Passenger Vehicle and Light Truck Tires from Taiwan: Final Affirmative Determination of Sales at Less than Fair Value*; 86 Fed. Reg. 28563 (May 27, 2021), as corrected by P*assenger Vehicle and Light Truck Tires from Taiwan: Final Affirmative Determination of Sales at Less Than Fair Value; Correction*, 86 Fed. Reg. 30916 (June 10, 2021).
[insert title, volume, page and date of FR Notice]

Form 24-3

(3) That were entered, or withdrawn from warehouse, for consumption, during the period ___January 6, 2021___ through ___N/A___
       [Date]                                    [Date]

and it is further

**ORDERED** that the entries subject to this injunction shall be liquidated in accordance with the final court decision in this action, including all appeals and remand proceedings, as provided in 19 U.S.C. § 1516a(e); and it is further

**ORDERED** that any entries inadvertently liquidated after this order is signed but before this injunction is fully implemented by U.S. Customs and Border Protection shall be promptly returned to unliquidated status and suspended in accordance with this injunction.

DATED: ___October 11, 2021___          /s/   Stephen Alexander Vaden
             New York, New York                              Judge

(Added Sept.19, 2017, eff. Oct. 23, 2017; amended June 18, 2019, eff. July 1, 2019.)