UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| CHENG SHIN RUBBER IND. CO. LTD., <br><br> *Plaintiff,* <br><br> v. <br><br> UNITED STATES, <br><br> *Defendant,* <br><br> UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO, CLC, <br><br> *Defendant-Intervenor.* | Before: Stephen Alexander Vaden, Judge <br><br> Court No. 1:21-cv-00398 |

## ORDER

In its Motion to Modify this Court's October 12, 2021 Order for Statutory Injunction Upon Consent, Defendant, the United States, has informed the Court that its Order may have been issued in error. ECF No. 24. Defendant alleges Plaintiff's Counsel had not received Defendant's consent before filing its motion requesting this action by the Court. This would require that the injunction be vacated.

To address this serious allegation, which has not been disputed by Plaintiff's Counsel in its Response, the Court **ORDERS** in-person oral argument regarding Defendant's Motion to Modify the Statutory Injunction Order, to take place at 11 a.m. on Thursday, November 4 in New York.

It is further **ORDERED** that all counsel who have entered a formal appearance for Plaintiff or Defendant attend this oral argument in person. Counsel for Defendant-Intervenor may attend if they wish, but their presence is not required. The Court will not entertain motions to adjourn, delay, or otherwise move the hearing date set by this Order.

Before the hearing, it is **ORDERED** that all counsel study and review the Model Rules of Professional Conduct bearing on their duty of candor toward the tribunal. *See, e.g.*, Model Rules of Prof'l Conduct R. 3.3 (2020). Following the hearing of argument and the taking of evidence, the Court will issue such orders as may be necessary to ensure the integrity of future proceedings in this matter. *Cf.* Mem. to Counsel, *Texas All. for Ret. Americans v. Hughs*, 976 F.3d 564 (5th Cir. 2020) (No. 20-40643) (sanctioning attorney Marc Elias and others for their lack of candor toward the court in filing a motion based on a misleading factual premise).

**SO ORDERED.**

/s/     Stephen Alexander Vaden
Judge Stephen Alexander Vaden

Dated: <u>October 15, 2021</u>
        New York, New York