UNITED STATES DEPARTMENT OF COMMERCE
Office of the General Counsel
OFFICE OF THE CHIEF COUNSEL FOR TRADE ENFORCEMENT & COMPLIANCE
Washington, D.C. 20230

October 18, 2021

**FILED ELECTRONICALLY VIA CM/ECF**

Mario Toscano
Clerk of the Court
U.S. Court of International Trade
One Federal Plaza
New York, NY  10278-0001

Re:   *Cheng Shin Rubber Ind. Co. Ltd. v. United States*, Court No. 21-00398

Dear Mr. Toscano:

In accordance with Rule 73.2(b) of the Rules of this Court, I am transmitting the index of the administrative record for the above-referenced case as it pertains to the final determination issued and published by the Department of Commerce in the antidumping duty investigation of passenger vehicle and light truck tires from Taiwan.

I am also transmitting the certification for the index and the final determination issued and published as *Passenger Vehicle and Light Truck Tires From Taiwan*, 86 Fed. Reg. 28,563 (Dep't of Commerce May 27, 2021), as corrected by *Passenger Vehicle and Light Truck Tires From Taiwan*, 86 Fed. Reg. 30,916 (Dep't of Commerce June 10, 2021).  Also incorporated as part of the final determination is the attached Issues and Decision Memorandum.

Pursuant to Rule 73.2, the Department is not filing the record with the Court.  By way of reminder, however, the record index (like the record) is divided into two sections, one listing public documents and the other listing documents with business proprietary information.

If you have any questions concerning this matter, please contact me at (202) 482-6035.

Respectfully submitted,

/s Vania Wang
Vania Wang
Attorney
Office of the Chief Counsel
   for Trade Enforcement & Compliance

Attachments

Mr. Mario Toscano
October 18, 2021
Page 2

    cc:   (with index, certification, and final determination)

Jeffrey Michael Winton
Winton & Chapman PLLC
1900 L Street, NW
Suite 611
Washington, DC 20036
(202) 774-5503
Fax: (202) 478-1996
Email: jwinton@jmwinton.com

Ashley Akers
U.S. Department of Justice
Commercial Litigation Branch - Civil Division
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
(202) 353-0521
Fax: (202) 307-0972
Email: ashley.akers@usdoj.gov

Roger Brian Schagrin
Schagrin Associates
900 Seventh Street, NW.
Suite 500
Washington, DC 20001
(202) 223-1700
Fax: (202) 429-2522
Email: rschagrin@schagrinassociates.com