## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| CHENG SHIN RUBBER IND. CO. LTD., <br><br> *Plaintiff,* <br><br> v. <br><br> UNITED STATES, <br><br> *Defendant,* <br><br> UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO, CLC, <br><br> *Defendant-Intervenor.* | Before: Stephen Alexander Vaden, Judge <br><br> Court No. 1:21-cv-00398 |

## ORDER

The Court has reviewed Plaintiff's Consent Motions for admission of attorneys John B. Harris (ECF No. 29) and Neena Deb Sen (ECF No. 30) to appear *pro hac vice*. On consideration of those Motions, the Court **GRANTS** attorneys John B. Harris and Neena Deb Sen *pro hac vice* admission. The Court will permit their participation in this matter solely for what Mr. Jeffrey M. Winton refers to as "the limited purpose set forth" in his Motion: to address "ethical issues" entailed by the practice of law. Pl.'s Consent Mot. to Appear Pro Hac Vice at 2-3, ECF No. 29.

**SO ORDERED.**

/s/     Stephen Alexander Vaden
           Judge

Dated: November 3, 2021
       New York, New York